IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:07CR-47 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| YOLANDA LOUIS, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant's Motion to Review Detention (#47). The defendant requests the court to reopen the issue of detention and allow the defendant to be placed in a short-term residential substance abuse program at government expense.

After reviewing the defendant's March 28, 2007 initial appearance Pretrial Service report, the March 29, 2007 Detention Order (#27), and the May 21, 2007 report of Catholic Charities, I find the motion should be denied without hearing.

The defendant's proposed placement in a short-term residential substance abuse program does not significantly address the defendant's substantial prior criminal history, or her noncompliance with previous court orders, and would not, given her prior record, result in an adequate level of supervision. In reaching this conclusion, I specifically considered the defendant's prior felony conviction as well as her prior convictions for failure to appear. Because the evidence presented fails to rebut the presumption of detention, 18 U.S.C. § 3142(e), I find the defendant should remain committed.

**IT IS ORDERED:**

The defendant's Motion to Review Detention (#47) is denied without hearing. Dated this 4th day of June 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge