IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR47 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER |
| YOLANDA DEZERRA LOUIS, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for a reduction of her sentence (Filing No. 108) in light of Amendment 706 that resulted in a lowering of the crack cocaine guidelines. The Amendment took effect on November 1, 2007.

The Eighth Circuit has stated that a career offender is not eligible for a reduction in sentence under Amendment 706. *See, e.g., United States v. Blackmon,* 584 F.3d 1115, 1116 (8th Cir. 2009), *cert. denied,* 130 S. Ct. 2417 (2010). The Defendant was sentenced as a career offender.

IT IS ORDERED:

1. The Defendant's motion for a reduction of her sentence (Filing No. 108) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at her last known address.

DATED this 10th day of March, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge