### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR47** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| **YOLANDA DEZERRA LOUIS,** | ) | |
| **Defendant.** | ) | |

With the agreement of the Probation Officer,

IT IS ORDERED that the requirement that the Defendant pay "subsistence" to CH, Inc. Is waived.

DATED this 7th day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge